**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MCNEIL, BRENDA B | § | Case No. 12-43158 |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 30, 2012. The undersigned trustee was appointed on October 30, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                  $              65,715.32

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 20,622.27 |
| Bank service fees | 1,368.15 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 43,724.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 06/19/2013
and the deadline for filing governmental claims was 06/19/2013.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$6,535.77.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $6,535.77, for a total compensation of $6,535.77.[2]In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $0.00, for total expenses of
$0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: _01/08/2015_____     By:/s/RICHARD J. MASON_____
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report

### Asset Cases

| | |
|---|---|
| **Case Number:** 12-43158 | **Trustee:** (330470) RICHARD J. MASON |
| **Case Name:** MCNEIL, BRENDA B | **Filed (f) or Converted (c):** 10/30/12 (f) |
| | **§341(a) Meeting Date:** 12/20/12 |
| **Period Ending:** 01/08/15 | **Claims Bar Date:** 06/19/13 |

| 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | 2<br><br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br><br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br><br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br><br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br><br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|
| 1 | Single Family Residence, Ave, Forest Park IL 601<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2 | Commercial Property located at 7503 Madison, For<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1  (See Footnote) | 275,000.00 | 254,877.06 | | 59,389.27 | FA |
| 3 | Cash on Hand<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account w/ TCF Bank<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 2,200.00 | 0.00 | | 950.00 | FA |
| 5 | Savings Account w/ AztecAmerica Bank<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account w/ AztecAmerica Bank<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 25.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. Household Goods (Bedroom Furniture, Kitche<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 1,150.00 | 257.00 | | 0.00 | FA |
| 8 | Books, Pictures, Videos, and DVDs<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 325.00 | 0.00 | | 0.00 | FA |
| 9 | Used Clothing<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 325.00 | 0.00 | | 0.00 | FA |
| 10 | Misc. Costume Jewelry<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 75.00 | 0.00 | | 0.00 | FA |
| 11 | Term Life Insurance Policy w/ Jackson National L<br>  Orig. Asset Memo: Imported from Amended Doc#:<br>  11 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Possible cause of action against James Brandolin | 1.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 12-43158 | Trustee: (330470) RICHARD J. MASON |
| Case Name: MCNEIL, BRENDA B | Filed (f) or Converted (c): 10/30/12 (f) |
| | §341(a) Meeting Date: 12/20/12 |
| Period Ending: 01/08/15 | Claims Bar Date: 06/19/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from Amended Doc#: 11 | | | | | |
| 13 | Possible cause of action against Millennium Trus<br>Orig. Asset Memo: Imported from Amended Doc#: 11 | Unknown | 0.00 | | 0.00 | FA |
| 14 | Estimated 2010 Federal Income Tax Refund - Filed<br>Orig. Asset Memo: Imported from Amended Doc#: 11 | 257.00 | 0.00 | | 0.00 | FA |
| 15 | 2007 Volvo S60 - Fair Condition<br>Orig. Asset Memo: Imported from Amended Doc#: 11 | 8,500.00 | 0.00 | | 0.00 | FA |
| 16 | Rental Payments  (u) | Unknown | N/A | | 4,814.54 | FA |
| 17 | Associated Agencies, Inc.  (u) | 0.00 | | | 561.51 | FA |
| 17 | **Assets   Totals** (Excluding unknown values) | **$482,933.00** | **$255,134.06** | | **$65,715.32** | **$0.00** |

RE PROP# 2     Adjusted Purchase Price=$186,316.27; Chicago Title and Trust Co.- Seller's Charges=$1,939.00; Note
Payoff=$5,000; Real Estate Solutions -Broker's Commission=$6,500; Survey Fee=$750.00; 2012-1st
Installment Real Estate Taxes=$15,994.49;David D. Orr, Cook County Clerk 2011-1st & 2nd Estimate of
Redemption=$68,987.89;Gagliardo Realty Broker's Commission=$6,100.00; Payoff Existing Loan with:
Thomas Blake, McNeil Financial Group Mortgage Document Numbers: 1031249121 Balance Plus $2.78
Interest Per Day from 5/9/13 to 5/10/13 = $21,655.62 and Richard J. Mason, Trustee (Net Proceeds to
Seller)= $59,389.27.

---

**Major Activities Affecting Case Closing:**

No major activity affecting case closing.  We have submitted the TFR and Fee Applications to the UST - 12/4/14

No major activity affecting case closing.  We are preparing to close the case - 12/4/14

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** August 1, 2013 | **Current Projected Date Of Final Report (TFR):** December 5, 2014 |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-43158 | **Trustee:** RICHARD J. MASON (330470) |
| **Case Name:** MCNEIL, BRENDA B | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******3366 - Checking Account |
| **Taxpayer ID #:** **-***4614 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 01/08/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/28/13 | {16} | Seymour C. Axelrood | Net Rental Payments made by Dr. Lori Lipkin | 1222-000 | 2,551.99 | | 2,551.99 |
| 03/12/13 | {16} | Forest Park Foot Care Center | Rent for March 2013 | 1222-000 | 950.00 | | 3,501.99 |
| 03/21/13 | 101 | Associated Agencies, Inc. | Insurance Payment | 2420-750 | | 1,627.66 | 1,874.33 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,864.33 |
| 04/12/13 | {16} | Forest Park Foot Care Center | Rental Payments | 1222-000 | 696.19 | | 2,560.52 |
| 04/18/13 | 102 | Afco | Insurance Payment | 2420-750 | | 338.66 | 2,221.86 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,211.86 |
| 05/09/13 | {16} | Forest Park Foot Care Center | May 2013 Rent | 1222-000 | 616.36 | | 2,828.22 |
| 05/10/13 | {2} | Chicago Title and Trust Company | Adjusted Purchase Price = $186,316.27;Chicago Title and Trust Co.-Seller's Charges=$1,939.00; Note Payoff=$5,000; Broker's Commission= $6,500;Survey Fee= $750.00;1st installment real estate taxes=$15,994.49;1st &2nd Estitmate of Redemption=$68,987.89;Br | 1110-000 | 59,389.27 | | 62,217.49 |
| 05/29/13 | 103 | Afco | Insurance Payment Voided on 05/29/13 | 2420-750 | | 338.66 | 61,878.83 |
| 05/29/13 | 103 | Afco | Insurance Payment Voided: check issued on 05/29/13 | 2420-750 | | -338.66 | 62,217.49 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.16 | 62,162.33 |
| 06/18/13 | {4} | Brenda B. McNeil | Funds from TCF Checking Account | 1129-000 | 450.00 | | 62,612.33 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.64 | 62,528.69 |
| 07/09/13 | {4} | Brenda B. McNeil | Funds from TCF Checking Account | 1129-000 | 250.00 | | 62,778.69 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.18 | 62,679.51 |
| 08/07/13 | {4} | TCF National Bank | Funds from TCF Checking Account | 1129-000 | 250.00 | | 62,929.51 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.41 | 62,839.10 |
| 09/27/13 | {17} | Associated Agencies, Inc. | Refund from Associated Agencies, Inc. | 1290-000 | 285.10 | | 63,124.20 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.37 | 63,036.83 |
| 10/24/13 | {17} | AFCO | Refund from Associated Agencies | 1290-000 | 276.41 | | 63,313.24 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.79 | 63,213.45 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.85 | 63,128.60 |
| 12/30/13 | 104 | John F. Pollick | Compensation for John F. Pollick, John F. Pollick, P.C. | 3210-000 | | 18,617.01 | 44,511.59 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.88 | 44,411.71 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.36 | 44,340.35 |
| 02/27/14 | 105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #12-43158, Bond # 016026455 | 2300-000 | | 38.94 | 44,301.41 |

Subtotals :    $65,715.32    $21,413.91

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-43158 | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | MCNEIL, BRENDA B | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3366 - Checking Account |
| Taxpayer ID #: | **-***4614 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/08/15 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.52 | 44,241.89 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.51 | 44,180.38 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.78 | 44,112.60 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.44 | 44,049.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.24 | 43,987.92 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.60 | 43,918.32 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.06 | 43,857.26 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.28 | 43,789.98 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.08 | 43,724.90 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 65,715.32 | 21,990.42 | $43,724.90 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| Subtotal | | 65,715.32 | 21,990.42 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $65,715.32 | $21,990.42 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3366 | 65,715.32 | 21,990.42 | 43,724.90 |
| | $65,715.32 | $21,990.42 | $43,724.90 |

# Exhibit C

## Case:  12-43158    MCNEIL, BRENDA B

**Case Balance:**    $43,724.90          **Total Proposed Payment:**    $43,724.90          **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|--------------|----------------|--------------|---------------|------------------|-----------------|
| | John F. Pollick | Admin Ch.  7 | 20,087.01 | 20,087.01 | 18,617.01 | 1,470.00 | 1,470.00 | 42,254.90 |
| | <3210-00   Attorney for Trustee Fees (Other Firm)> | | | | | | | |
| | RICHARD J. MASON | Admin Ch.  7 | 6,535.77 | 6,535.77 | 0.00 | 6,535.77 | 6,535.77 | 35,719.13 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| 1 | Dorota Sniezynski | Unsecured | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 | 2,044.52 | 33,674.61 |
| 2 | Commerce Bank | Unsecured | 18,401.28 | 18,401.28 | 0.00 | 18,401.28 | 3,762.17 | 29,912.44 |
| 3 | Discover Bank | Unsecured | 3,417.57 | 3,417.57 | 0.00 | 3,417.57 | 698.73 | 29,213.71 |
| 4 | PYOD, LLC its successors and assigns as assignee | Unsecured | 20,616.97 | 20,616.97 | 0.00 | 20,616.97 | 4,215.17 | 24,998.54 |
| 5 | FIA CARD SERVICES, N.A. | Unsecured | 5,548.69 | 5,548.69 | 0.00 | 5,548.69 | 1,134.44 | 23,864.10 |
| 6 | Illinois Department of Revenue | Unsecured | 3,531.91 | 3,531.91 | 0.00 | 3,531.91 | 722.11 | 23,141.99 |
| 7 | eCAST Settlement Corporation, assignee | Unsecured | 5,225.59 | 5,225.59 | 0.00 | 5,225.59 | 1,068.38 | 22,073.61 |
| 8 | eCAST Settlement Corporation, assignee | Unsecured | 16,206.15 | 16,206.15 | 0.00 | 16,206.15 | 3,313.37 | 18,760.24 |
| 9 | American Express Centurion Bank | Unsecured | 3,919.25 | 3,919.25 | 0.00 | 3,919.25 | 801.30 | 17,958.94 |
| 10 | PNC BANK | Unsecured | 14,199.14 | 14,199.14 | 0.00 | 14,199.14 | 2,903.04 | 15,055.90 |
| 11 | eCAST Settlement Corporation, assignee | Unsecured | 10,458.64 | 10,458.64 | 0.00 | 10,458.64 | 2,138.29 | 12,917.61 |
| 12 | Scariano Himes and Petrarca Chtd | Unsecured | 63,181.70 | 63,181.70 | 0.00 | 63,181.70 | 12,917.61 | 0.00 |

**Total for Case 12-43158 :**    **$201,329.67**    **$201,329.67**    **$18,617.01**    **$182,712.66**    **$43,724.90**

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|--------------|----------------|--------------|------------------|--------|
| **Total Administrative Claims :** | $26,622.78 | $26,622.78 | $18,617.01 | $8,005.77 | 100.000000% |
| **Total Unsecured Claims :** | $174,706.89 | $174,706.89 | $0.00 | $35,719.13 | 20.445175% |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43158
Case Name: MCNEIL, BRENDA B
Trustee Name: RICHARD J. MASON

**Balance on hand:**                                    $          43,724.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:          $            0.00
Remaining balance:                              $        43,724.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 6,535.77 | 0.00 | 6,535.77 |
| Attorney for Trustee, Fees - John F. Pollick | 20,087.01 | 18,617.01 | 1,470.00 |

Total to be paid for chapter 7 administration expenses:     $         8,005.77
Remaining balance:                                          $        35,719.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                              $        35,719.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:          $            0.00
Remaining balance:                             $        35,719.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 174,706.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dorota Sniezynski | 10,000.00 | 0.00 | 2,044.52 |
| 2 | Commerce Bank | 18,401.28 | 0.00 | 3,762.17 |
| 3 | Discover Bank | 3,417.57 | 0.00 | 698.73 |
| 4 | PYOD, LLC its successors and assigns as assignee | 20,616.97 | 0.00 | 4,215.17 |
| 5 | FIA CARD SERVICES, N.A. | 5,548.69 | 0.00 | 1,134.44 |
| 6 | Illinois Department of Revenue | 3,531.91 | 0.00 | 722.11 |
| 7 | eCAST Settlement Corporation, assignee | 5,225.59 | 0.00 | 1,068.38 |
| 8 | eCAST Settlement Corporation, assignee | 16,206.15 | 0.00 | 3,313.37 |
| 9 | American Express Centurion Bank | 3,919.25 | 0.00 | 801.30 |
| 10 | PNC BANK | 14,199.14 | 0.00 | 2,903.04 |
| 11 | eCAST Settlement Corporation, assignee | 10,458.64 | 0.00 | 2,138.29 |
| 12 | Scariano Himes and Petrarca Chtd | 63,181.70 | 0.00 | 12,917.61 |

Total to be paid for timely general unsecured claims: $        35,719.13

Remaining balance: $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $        0.00

Remaining balance: $        0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**