### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRENDA B. MCNEIL, | ) | Case No. 12-43158 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: February 24, 2015 |
| | ) | Hearing Time: 10:30 a.m. |

### NOTICE OF FINAL FEE APPLICATION

To:    See Attached Service List

On **January 15, 2015**, John F. Pollick, P.C. ("Pollick") filed the **Final Fee Application of John F. Pollick, P.C. for Allowance And Payment of Compensation And Reimbursement of Expenses As Counsel For the Trustee (the "Application")**. Pollick seeks $1,470.00 in compensation and $0 in expense reimbursement. A copy of the Application and supporting documentation is attached hereto.

A hearing (the "Hearing") will be held on the Application on **February 24, 2015** at the hour of **10:30 a.m.** before the Honorable Judge Jack B. Schmetterer, United States Bankruptcy Judge (or any judge who may be sitting in his stead) in Courtroom 682 of the Bankruptcy Court located at 219 South Dearborn Street, Chicago, Illinois.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, then on or before the hearing on **February 24, 2015**, you or your attorney must file a written Objection to the Application, which should explain the reasons why you object, with the Clerk of the Bankruptcy Court at 219 South

Dearborn Street, Chicago, Illinois, and/or appear at the Hearing on **February 24, 2015** at **10:30**

**a.m.**

If you do not object, the Court may grant the relief requested.

Dated:  January 15, 2015                          By: /s/ John F. Pollick
                                                          John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

## CERTIFICATE OF SERVICE

I, John F. Pollick, an attorney, hereby certify that I caused the foregoing Notice of Final Fee Application, together with a true copy of **FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE** to be served on each of the parties on the attached Service List by first class mail, postage prepaid, this 15th day of January, 2015.

/s/ John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois 60025
(847) 602-9243

Service List

Bank of America
Attn: Bankruptcy NC4-105-
0314
P.O. Box 26012
Greensboro, NC 27420-6012

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Commerce Bank
P O BOX 419248
KCREC-10
Kansas City, MO 64141-
6248

Dorota Sniezynski
4334 W. Division Street
Chicago, IL 60651-1113

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Met Life Auto & Home
Insurance
200 Park Ave.
New York, NY 10166-0005

Scariano, Himes and Petarca
Two Prudential Plaza
Suite 3100
180 North Stetson
Chicago, IL 60601-6702

Brenda B. McNeil
837 Thomas Ave.
Forest Park, IL 60130-2040

Credit Collection Services
2 Wells Avenue
Newton Center, MA 02459-
3246

Feldco
125 e. Oakton St.
Des Plaines, IL 60018-1909

Kerry M. LaVelle
LaVelle Law, Ltd.
501 West Colfax St.
Palatine, IL 60067-2545

PNC Bank N.A.
PO Box 3180
Pittsburgh, PA 15230-3180

Julie M. Gleason
Gleason & Gleason, LLC
77 W. Washington Street
Suite 1218
Chicago, IL 60602-3246

American Express
American Express Special
Research
P.O. Box 981540
El Paso, TX 79998-1540

Comcast
Corporate Office
Headquarters
1701 John F. Kennedy
Boulevard
Philadelphia, PA 19103-2838

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-
3025

Illinois Department of
Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Linda Gullo
411 Congress Parkway
Crystal Lake, IL 60014-6247

Republic Bank of Chicago
2221 Camden Ct.
Oak Brook, IL 60523-4516

U.S. Bank
P.O. Box 5229
Cincinnati, OH 45201-5229

Patrick S. Layng
Office of the US Trustee
Region 11
219 S. Dearborn Street
Room 873
Chicago, IL 60604-2027

PYOD, LLC its successors
and assigns as assignee
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Cook Co. Treasurer's Office
118 N. Clark St., Rm. 112
Chicago, IL 60602

John Argianas
Universal Realty Group, Inc.
2241 W. Howard St.
Chicago, IL 60645

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

Michael J. Goggin
216 S. Marion Street
Oak Park, IL 60302-3104

Richard J. Mason, Trustee
77 W. Wacker Drive
Suite 4400
Chicago, IL 60601

Seymour C. Axelrood
Seymour C. Axelrood &
Associates
422 S. Scoville Avenue
Oak Park, IL 60302

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRENDA B. MCNEIL, | ) | Case No. 12-43158 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: February 24, 2015 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | |

COVER SHEET FOR FINAL APPLICATION FOR
PROFESSIONAL COMPENSATION FOR JOHN F. POLLICK, P.C.

Name of Applicant:                          John F. Pollick, P.C.

Authorized to Provide Professional Services to:     Richard J. Mason, Ch.7 Trustee

Date of Retention Order:                     March 20, 2013, effective as of February 11, 2013

Period for which Compensation is Sought:     From December 10, 2013 through October 31, 2014

Amount of Fees Sought:                       $1,470.00

Amount of Expense Reimbursement Sought:      $0

This is an:          Interim Application: _       Final Application X

If this is not the first application filed herein by this professional, disclose as to all prior
fee applications:                     **N/A**

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| **December 9, 2013** | 2/11/13 – 12/9/13 | $18,617.01 | $18,617.01 |

State the aggregate amount of fees and expenses paid to the Applicant to date for services
rendered and expenses incurred herein is: **$18,617.01**

Dated: January 15, 2015                          By: /s/ John F. Pollick
                                                     John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| BRENDA B. MCNEIL, | ) | Case No. 12-43158 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | |
| | ) | Hearing Date: February 24, 2015 |
| | ) | Hearing Time: 10:30 a.m. |
| | ) | |

**FINAL APPLICATION OF JOHN F. POLLICK, P.C. FOR
ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES AS COUNSEL FOR THE TRUSTEE FOR THE PERIOD
DECEMBER 10, 2013 THROUGH OCTOBER 31, 2014**

John F. Pollick, P.C., counsel for Richard J. Mason, not individually, but solely as the

Chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") for the above-captioned

debtor ("Debtor"), submits this Final Application (the "Application") of John F. Pollick, P.C.

("Pollick") for Allowance and Payment of Compensation and Reimbursement of Expenses as

Counsel for the Trustee for the Period from December 10, 2013 through October 31, 2014 (the

"Compensation Period") and requests the entry of an order allowing and authorizing payment of

compensation (the "Compensation") in the amount of $1,470.00 and reimbursement of expenses

(the "Expense Reimbursement") in the amount of $0 for services provided and expenses incurred

by Pollick as counsel for the Trustee, and, in support thereof, respectfully states as follows:

**Jurisdiction and Venue**

1.     The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334.

Pursuant to 28 U.S.C. §157(b)(2)(A) and (O), this Motion is a core proceeding.

2.     Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

## Background

3.     On or about October 30, 2012, the Debtor filed a voluntary petition under Chapter 7 of Title 11 (the "Code") of the United States Code.

4.     On or about October 30, 2012, the Trustee was appointed trustee herein.

5.     On or about March 20, 2013, the Trustee was authorized to retain Pollick as primary counsel for the Estate, effective as of February 11, 2013. [Docket No. 31].

6.     The Trustee is currently holding general, unencumbered Estate funds totaling $43,724.90 ("Estate Funds"). If authorized, payment of the fees requested herein would be made from Estate Funds.

## Relief Requested

7.     Through this Application, the Trustee seeks the entry of an order, pursuant to sections 330 and 331 of the Code, approving and authorizing immediate payment to Pollick from Estate Funds of Compensation in the amount of $1,470.00 and Expense Reimbursement in the amount of $0 in representing the Trustee during the Compensation Period. A detailed abstract containing specific summaries of all services provided by Pollick to the Trustee during this period, including all fees charged, is attached hereto as Exhibit A.

8.     This is Pollick's Second and Final Application for Compensation and Expense Reimbursement.

## Summary of Pollick's Activities

9.     As of the Petition Date, the sole asset of the Estate was ownership in fee simple of a commercial office building located at 7503 Madison Street, Forest Park, Illinois (the "Property"). Pollick successfully pursued the sale of the Property, including handling related contract matters, liens, tenant issues, insurance and court approvals. Pollick's services relating

to these matters were included in its First Interim Fee Petition filed with the Court on December 9, 2013.

10. Since the filing of its First Interim Fee Petition, Pollick has consulted with the Trustee regarding claims issues and prepared this Petition. In addition, in order to close this case, it is anticipated that Pollick will review the Trustee's final report and prepare and attend hearings on both this Petition and the Trustee's final report.

## Nature of Services Performed by Pollick

11. All services performed or to be performed by Pollick for which compensation is being sought were or are to be performed for and on behalf of the Trustee.

12. This Application has been prepared with the intention of complying with the applicable standards set forth in the Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

13. None of the payments received by Pollick will be shared with any other party, nor are these payments subject to a sharing arrangement between Pollick and any third party.

14. In accordance with section 330 of the Code, Pollick represents that the amount of fees and expenses are fair and reasonable given: (a) the nature of this case; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under the Code.

15. The normal hourly rate charged by John F. Pollick, the principal and sole attorney of Pollick, for the Compensation Period covered by this application is as follows:

| Name | Rate | Hours | Total Value of Services |
|---|---|---|---|
| John F. Pollick | 350.00 | 4.2 | $1,470.00 |

16.     During the Compensation Period, Pollick performed and anticipates the performance of significant legal services to the Trustee, as set forth in detail in Exhibit A attached hereto, summarized as follows:

| Nature of Services | Hours | Value |
|---|---|---|
| Creditor Claims | .7 | $245.00 |
| Fee Petition | 1.5 | $525.00 |
| Closing of Case | 2.0 | $700.00 |
| **Total** | **4.2** | **$1,470.00** |

17.     All of the services summarized above and set forth in Exhibit A were reasonably necessary in order that the interest of the Estate and its creditors be adequately represented, protected and defended and to maximize the recovery to the Estate and its creditors.

## Computation of Compensation

18.     The services performed or anticipated to be performed by Pollick during the Compensation Period required a total time expenditure for which compensation is sought of 4.2 hours. The average hourly rate for such services, as requested in this Application, is $350.00 per hour. The services for which Pollick is seeking compensation are set forth with particularity in Exhibit A. Based on the nature, extent and value of the services for which Pollick is seeking compensation, the time spent on such services and cost of comparable services other than in a case under the Bankruptcy Code, such services have a value of not less than $1,470.00.

## Expenses

19.     Pollick has incurred expenses of $0 during its representation of the Trustee during the Compensation Period and, therefore, seeks no reimbursement for expenses.

## Notice

20.     Sections 330 and 331 of the Bankruptcy Code require notice and a hearing before any action on this Application. In compliance with these sections and Federal Rule of

Bankruptcy Procedure 2002, the Trustee has mailed a copy of this Application and Notice of the hearing to all parties on the service list in this bankruptcy case.

WHEREFORE, Pollick prays this Court enter an order allowing Pollick compensation of $1,470.00 as payment for legal fees and reimbursement of $0 for expenses, authorizing immediate payment of same from Estate Funds, approving the form and manner of notice provided to creditors and other parties in interest herein, and granting such further relief as the Court deems just.

Dated: January 15, 2015                          By: /s/ John F. Pollick
                                                     John F. Pollick

John F. Pollick (ARDC #3128122)
John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois  60025
(847) 602-9243
Counsel for Richard J. Mason, Trustee

62171690_1.docx

8

## EXHIBIT A

John F. Pollick, P.C.
2336 Fir Street
Glenview, Illinois 60025
(847) 602-9243
johnfpollick@gmail.com

October 31, 2014

**Client:** **Chapter 7 Bankruptcy Estate of Brenda B. McNeil**
**Case No. 12-43158, Richard J. Mason, Trustee**

**Period**
**Covered:** **December 10, 2013 through October 31, 2014**

## DESCRIPTION OF SERVICES

**MATTER:** **CREDITOR CLAIMS**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| Oct. 6, 2014 | JFP | Review of filed claims against Estate (.5); Correspondence with K McFarland regarding same (.2) | .7 |
| | | **TOTAL MATTER HOURS:** | .7 |

**TOTAL FEES:**   John F. Pollick (JFP):   .7 Hours @ $350/hour..........   $ 245.00

---

**MATTER:** **FEE PETITION**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| Oct. 30, 2014 | JFP | Preparation of final fee petition of John F. Pollick, P.C. | 1.5 |
| | | **TOTAL MATTER HOURS:** | 1.5 |

**TOTAL FEES:**   John F. Pollick (JFP):   1.5 Hours @ $350/hour..........   $ 525.00

**MATTER:**   **CLOSING OF CASE**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| Oct. 30, 2014 | JFP | Anticipated time for review of Trustee's final report and presentation of final report and final fee petition to court | 2.0 |
| | | **TOTAL MATTER HOURS:** | **2.0** |

**TOTAL FEES:**    John F. Pollick (JFP):   2.0 Hours @ $350/hour.......... $ 700.00

**RECAP BY MATTER:**

| | | |
|---|---|---|
| **CREDITOR CLAIMS** | .7 Hours | $245.00 |
| **FEE PETITION** | 1.5 Hours | $525.00 |
| **CLOSING OF CASE** | 2.0 Hours | $700.00 |
| **TOTAL - ALL MATTERS:** | 4.2 Hours | $1,470.00 |

2