# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MCNEIL, BRENDA B                           § Case No. 12-43158
                                                  §
                                                  §
Debtor(s)                                         §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
RICHARD J. MASON                  , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   Office of Court Clerk
   U.S. Bankruptcy Court
   219 S Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:30am on 02/24/2015 in Courtroom 682, United States Courthouse,
219 S DEARBORN
CHICAGO, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/15/2015          By:  /s/ Richard J. Mason
                                                Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MCNEIL, BRENDA B § Case No. 12-43158
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,715.32 |
| *and approved disbursements of* | $ 21,990.42 |
| *leaving a balance on hand of* [1] | $ 43,724.90 |
| **Balance on hand:** | $ 43,724.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 43,724.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 6,535.77 | 0.00 | 6,535.77 |
| Attorney for Trustee, Fees - John F. Pollick | 20,087.01 | 18,617.01 | 1,470.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,005.77 |
| Remaining balance: | $ 35,719.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 35,719.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 35,719.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 174,706.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dorota Sniezynski | 10,000.00 | 0.00 | 2,044.52 |
| 2 | Commerce Bank | 18,401.28 | 0.00 | 3,762.17 |
| 3 | Discover Bank | 3,417.57 | 0.00 | 698.73 |
| 4 | PYOD, LLC its successors and assigns as assignee | 20,616.97 | 0.00 | 4,215.17 |
| 5 | FIA CARD SERVICES, N.A. | 5,548.69 | 0.00 | 1,134.44 |
| 6 | Illinois Department of Revenue | 3,531.91 | 0.00 | 722.11 |
| 7 | eCAST Settlement Corporation, assignee | 5,225.59 | 0.00 | 1,068.38 |
| 8 | eCAST Settlement Corporation, assignee | 16,206.15 | 0.00 | 3,313.37 |
| 9 | American Express Centurion Bank | 3,919.25 | 0.00 | 801.30 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | PNC BANK | 14,199.14 | 0.00 | 2,903.04 |
| 11 | eCAST Settlement Corporation, assignee | 10,458.64 | 0.00 | 2,138.29 |
| 12 | Scariano Himes and Petrarca Chtd | 63,181.70 | 0.00 | 12,917.61 |

Total to be paid for timely general unsecured claims: $ 35,719.13
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Brenda B McNeil  
    Debtor

Case No. 12-43158-JBS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 2     Date Rcvd: Jan 28, 2015  
                 Form ID: pdf006     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2015.

```
db             +Brenda B McNeil,    837 Thomas Ave,    Forest Park, IL 60130-2093
aty            +Gleason and Gleason LLC,    77 W. Washington,    Ste 1218,    Chicago, IL 60602-3246
aty            +John F. Pollick,    John F. Pollick, P.C.,    2336 Fir Street,    Glenview, IL 60025-2704
aty            +Troy Gleason,    Gleason and Gleason,    77 W. Washington,    Ste 1218,    Chicago, IL 60602-3246
19634890       +American Express,    American Express Special Research,    Po Box 981540,
                 El Paso, TX 79998-1540
20571393        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19634892      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19634891       +Bank Of America,    Attn: Bankruptcy NC4-105-0314,    Po Box 26012,    Greensboro, NC 27420-6012
19634893       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
19634895      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
                 Kansas City, MO 64195)
19634894       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19634896       +Comcast,    Corporate Office Headquarters,    1701 John F Kennedy Boulevard,
                 Philadelphia, PA 19103-2838
19634900       +Dorota Sniezynski,    4334 W Division St,    Chicago, IL 60651-1713
19735293       +Dr. Lori A. Lipkin, MD,    7503 Madison St Suite 1,    Forest Park, IL 60130-1481
20431670        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19634901       +Feldco,    125 E Oakton St,    Des Plaines, IL 60018-1909
19634902        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
19634904       +Kerry M. Lavelle,    Lavelle Law, Ltd.,    501 West Colfax St.,    Palatine, IL 60067-2545
19634905       +Linda Gullo,    411 Congress Parkway,    Crystal Lake, IL 60014-6247
19634906       +Met Life Auto & Home Insurance,    200 Park Ave,    New York, NY 10166-0005
20585892       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19634907       +Pnc Bank, N.a.,    P.o.box 3180,    Pittsburgh, PA 15230-3180
19634908       +Republic Bank Of Chica,    2221 Camden Ct,    Oak Brook, IL 60523-4516
20629579        Scariano Himes and Petrarca Chtd,    Two Prudential Plaza,    Ste 3100,    Chicago, IL 60601-6702
19634909       +Scariano, Himes and Petrarca,    Two Prudential Plaza, Suite 3100,    180 North Stetson,
                 Chicago, IL 60601-6702
19634910       +Thomas J. Blake,    4 Cedar Ridge Drive, Ste B,    Lake in the Hills, IL 60156-4712
19634911      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Us Bank,    425 Walnut St,    Cincinnati, OH 45202)
20571382        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20204557        E-mail/Text: bankruptcy@commercebank.com Jan 29 2015 00:49:57     Commerce Bank,
                 P O BOX 419248,    KCREC-10,    Kansas City,MO 64141-6248
19634897       +E-mail/Text: bankruptcy@commercebank.com Jan 29 2015 00:49:57     Commerce Bk,   P O Box 411036,
                 Kansas City, MO 64141-1036
19634898       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2015 00:51:20
                 Credit Collection Services,    2 Wells Ave,    Newton Center, MA 02459-3246
20213802        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2015 00:54:30      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19634899       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 29 2015 00:54:30      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
19634903        E-mail/Text: cio.bncmail@irs.gov Jan 29 2015 00:49:22     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
20272385       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2015 00:54:43
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20571383*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
20623739*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: adragonet             Page 2 of 2                  Date Rcvd: Jan 28, 2015
                              Form ID: pdf006             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2015                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2015 at the address(es) listed below:
              John F. Pollick    on behalf of Trustee Richard J Mason johnfpollick@gmail.com
              Julie M Gleason    on behalf of Debtor Brenda B McNeil juliegleasonlaw@gmail.com,
               GleasonGleason@IAmTheWolf.com;gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meagh
               an@chicagobk.com;troy@ecf.inforuptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard J Mason    on behalf of Trustee Richard J Mason rmason@mcguirewoods.com,
               docket@mcguirewoods.com;cgunderson@mcguirewoods.com;jbrehm@mcguirewoods.com
              Richard J Mason    rmason@mcguirewoods.com,    IL54@ecfcbis.com
              Rocio  Herrera    on behalf of Creditor    Federal National Mortgage Association  (Fannie Mae),
               creditor c/o Seterus, Inc. rocio@johnsonblumberg.com,   bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 6
```