**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MCNEIL, BRENDA B                              § Case No. 12-43158-JBS
                                                     §
                                                     §
                                                     §
Debtor(s)                                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $205,733.00             Assets Exempt: $22,050.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $35,719.13    Claims Discharged
                                               Without Payment: $138,987.76

Total Expenses of Administration: $29,996.19

---

   3) Total gross receipts of $ 65,715.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $65,715.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,996.19 | 29,996.19 | 29,996.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 174,706.89 | 174,706.89 | 35,719.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $204,703.08 | $204,703.08 | $65,715.32 |

4) This case was originally filed under Chapter 7 on October 30, 2012. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2015           By: /s/RICHARD J. MASON
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial Property located at 7503 Madison, For | 1110-000 | 59,389.27 |
| Checking Account w/ TCF Bank | 1129-000 | 950.00 |
| Rental Payments | 1222-000 | 4,814.54 |
| Associated Agencies, Inc. | 1290-000 | 561.51 |
| **TOTAL GROSS RECEIPTS** | | **$65,715.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 6,535.77 | 6,535.77 | 6,535.77 |
| John F. Pollick | 3210-000 | N/A | 20,087.01 | 20,087.01 | 20,087.01 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Agencies, Inc. | 2420-750 | N/A | 1,627.66 | 1,627.66 | 1,627.66 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Afco | 2420-750 | N/A | 338.66 | 338.66 | 338.66 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 55.16 | 55.16 | 55.16 |
| Rabobank, N.A. | 2600-000 | N/A | 83.64 | 83.64 | 83.64 |
| Rabobank, N.A. | 2600-000 | N/A | 99.18 | 99.18 | 99.18 |
| Rabobank, N.A. | 2600-000 | N/A | 90.41 | 90.41 | 90.41 |
| Rabobank, N.A. | 2600-000 | N/A | 87.37 | 87.37 | 87.37 |
| Rabobank, N.A. | 2600-000 | N/A | 99.79 | 99.79 | 99.79 |
| Rabobank, N.A. | 2600-000 | N/A | 84.85 | 84.85 | 84.85 |
| Rabobank, N.A. | 2600-000 | N/A | 99.88 | 99.88 | 99.88 |
| Rabobank, N.A. | 2600-000 | N/A | 71.36 | 71.36 | 71.36 |
| International Sureties, LTD. | 2300-000 | N/A | 38.94 | 38.94 | 38.94 |
| Rabobank, N.A. | 2600-000 | N/A | 59.52 | 59.52 | 59.52 |
| Rabobank, N.A. | 2600-000 | N/A | 61.51 | 61.51 | 61.51 |
| Rabobank, N.A. | 2600-000 | N/A | 67.78 | 67.78 | 67.78 |
| Rabobank, N.A. | 2600-000 | N/A | 63.44 | 63.44 | 63.44 |
| Rabobank, N.A. | 2600-000 | N/A | 61.24 | 61.24 | 61.24 |
| Rabobank, N.A. | 2600-000 | N/A | 69.60 | 69.60 | 69.60 |
| Rabobank, N.A. | 2600-000 | N/A | 61.06 | 61.06 | 61.06 |
| Rabobank, N.A. | 2600-000 | N/A | 67.28 | 67.28 | 67.28 |
| Rabobank, N.A. | 2600-000 | N/A | 65.08 | 65.08 | 65.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $29,996.19 | $29,996.19 | $29,996.19 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dorota Sniezynski | 7100-000 | N/A | 10,000.00 | 10,000.00 | 2,044.52 |
| 2 | Commerce Bank | 7100-000 | N/A | 18,401.28 | 18,401.28 | 3,762.17 |
| 3 | Discover Bank | 7100-000 | N/A | 3,417.57 | 3,417.57 | 698.73 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 20,616.97 | 20,616.97 | 4,215.17 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 5,548.69 | 5,548.69 | 1,134.44 |
| 6 | Illinois Department of Revenue | 7100-000 | N/A | 3,531.91 | 3,531.91 | 722.11 |
| 7 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 5,225.59 | 5,225.59 | 1,068.38 |
| 8 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 16,206.15 | 16,206.15 | 3,313.37 |
| 9 | American Express Centurion Bank | 7100-000 | N/A | 3,919.25 | 3,919.25 | 801.30 |
| 10 | PNC BANK | 7100-000 | N/A | 14,199.14 | 14,199.14 | 2,903.04 |
| 11 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 10,458.64 | 10,458.64 | 2,138.29 |
| 12 | Scariano Himes and Petrarca Chtd | 7100-000 | N/A | 63,181.70 | 63,181.70 | 12,917.61 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $174,706.89 | $174,706.89 | $35,719.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-43158-JBS  
**Case Name:** MCNEIL, BRENDA B  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 10/30/12 (f)  
**§341(a) Meeting Date:** 12/20/12  

**Period Ending:** 06/08/15  

**Claims Bar Date:** 06/19/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Single Family Residence, Ave, Forest Park IL 601<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 195,000.00 | 0.00 | | 0.00 | FA |
| 2   Commercial Property located at 7503 Madison, For<br>    Orig. Asset Memo: Imported from original petition Doc# 1  (See Footnote) | 275,000.00 | 254,877.06 | | 59,389.27 | FA |
| 3   Cash on Hand<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 50.00 | 0.00 | | 0.00 | FA |
| 4   Checking Account w/ TCF Bank<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 2,200.00 | 0.00 | | 950.00 | FA |
| 5   Savings Account w/ AztecAmerica Bank<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 25.00 | 0.00 | | 0.00 | FA |
| 6   Checking Account w/ AztecAmerica Bank<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 25.00 | 0.00 | | 0.00 | FA |
| 7   Misc. Household Goods (Bedroom Furniture, Kitche<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 1,150.00 | 257.00 | | 0.00 | FA |
| 8   Books, Pictures, Videos, and DVDs<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 325.00 | 0.00 | | 0.00 | FA |
| 9   Used Clothing<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 325.00 | 0.00 | | 0.00 | FA |
| 10  Misc. Costume Jewelry<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 75.00 | 0.00 | | 0.00 | FA |
| 11  Term Life Insurance Policy w/ Jackson National L<br>    Orig. Asset Memo: Imported from Amended Doc#: 11 | 0.00 | 0.00 | | 0.00 | FA |
| 12  Possible cause of action against James Brandolin | 1.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-43158-JBS  
**Case Name:** MCNEIL, BRENDA B  

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 10/30/12 (f)  
**§341(a) Meeting Date:** 12/20/12  

**Period Ending:** 06/08/15  

**Claims Bar Date:** 06/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from Amended Doc#: 11 |  |  |  |  |  |
| 13 | Possible cause of action against Millennium Trus<br>Orig. Asset Memo: Imported from Amended Doc#: 11 | Unknown | 0.00 |  | 0.00 | FA |
| 14 | Estimated 2010 Federal Income Tax Refund - Filed<br>Orig. Asset Memo: Imported from Amended Doc#: 11 | 257.00 | 0.00 |  | 0.00 | FA |
| 15 | 2007 Volvo S60 - Fair Condition<br>Orig. Asset Memo: Imported from Amended Doc#: 11 | 8,500.00 | 0.00 |  | 0.00 | FA |
| 16 | Rental Payments (u) | Unknown | N/A |  | 4,814.54 | FA |
| 17 | Associated Agencies, Inc. (u) | 0.00 | 0.00 |  | 561.51 | FA |
| 17 | **Assets Totals** (Excluding unknown values) | **$482,933.00** | **$255,134.06** |  | **$65,715.32** | **$0.00** |

RE PROP# 2    Adjusted Purchase Price=$186,316.27; Chicago Title and Trust Co.- Seller's Charges=$1,939.00; Note Payoff=$5,000; Real Estate Solutions -Broker's Commission=$6,500; Survey Fee=$750.00; 2012-1st Installment Real Estate Taxes=$15,994.49;David D. Orr, Cook County Clerk 2011-1st & 2nd Estimate of Redemption=$68,987.89;Gagliardo Realty Broker's Commission=$6,100.00; Payoff Existing Loan with: Thomas Blake, McNeil Financial Group Mortgage Document Numbers: 1031249121 Balance Plus $2.78 Interest Per Day from 5/9/13 to 5/10/13 = $21,655.62 and Richard J. Mason, Trustee (Net Proceeds to Seller)= $59,389.27.

---

**Major Activities Affecting Case Closing:**

No major activity affecting case closing.  The TFR and Fee applications were approved.  The next step is to e-file Fee Applications as well as the NFR. - 01/15/2015

No major activity affecting case closing.  The TFR and the Fee Applications were approved.   The next step is to e-file Applicatiions as well as the NFR. - 01/15/2015

**Initial Projected Date Of Final Report (TFR):**    August 1, 2013          **Current Projected Date Of Final Report (TFR):**    January 15, 2015

Printed: 06/08/2015 03:34 PM    V.13.23

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-43158-JBS | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | MCNEIL, BRENDA B | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3366 - Checking Account |
| Taxpayer ID #: | **-***4614 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/08/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/28/13 | {16} | Seymour C. Axelrood | Net Rental Payments made by Dr. Lori Lipkin | 1222-000 | 2,551.99 | | 2,551.99 |
| 03/12/13 | {16} | Forest Park Foot Care Center | Rent for March 2013 | 1222-000 | 950.00 | | 3,501.99 |
| 03/21/13 | 101 | Associated Agencies, Inc. | Insurance Payment | 2420-750 | | 1,627.66 | 1,874.33 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,864.33 |
| 04/12/13 | {16} | Forest Park Foot Care Center | Rental Payments | 1222-000 | 696.19 | | 2,560.52 |
| 04/18/13 | 102 | Afco | Insurance Payment | 2420-750 | | 338.66 | 2,221.86 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,211.86 |
| 05/09/13 | {16} | Forest Park Foot Care Center | May 2013 Rent | 1222-000 | 616.36 | | 2,828.22 |
| 05/10/13 | {2} | Chicago Title and Trust Company | Adjusted Purchase Price = $186,316.27;Chicago Title and Trust Co.-Seller's Charges=$1,939.00; Note Payoff=$5,000; Broker's Commission= $6,500;Survey Fee= $750.00;1st installment real estate taxes=$15,994.49;1st &2nd Estitmate of Redemption=$68,987.89;Br | 1110-000 | 59,389.27 | | 62,217.49 |
| 05/29/13 | 103 | Afco | Insurance Payment Voided on 05/29/13 | 2420-750 | | 338.66 | 61,878.83 |
| 05/29/13 | 103 | Afco | Insurance Payment Voided: check issued on 05/29/13 | 2420-750 | | -338.66 | 62,217.49 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.16 | 62,162.33 |
| 06/18/13 | {4} | Brenda B. McNeil | Funds from TCF Checking Account | 1129-000 | 450.00 | | 62,612.33 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.64 | 62,528.69 |
| 07/09/13 | {4} | Brenda B. McNeil | Funds from TCF Checking Account | 1129-000 | 250.00 | | 62,778.69 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.18 | 62,679.51 |
| 08/07/13 | {4} | TCF National Bank | Funds from TCF Checking Account | 1129-000 | 250.00 | | 62,929.51 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.41 | 62,839.10 |
| 09/27/13 | {17} | Associated Agencies, Inc. | Refund from Associated Agencies, Inc. | 1290-000 | 285.10 | | 63,124.20 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.37 | 63,036.83 |
| 10/24/13 | {17} | AFCO | Refund from Associated Agencies | 1290-000 | 276.41 | | 63,313.24 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.79 | 63,213.45 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.85 | 63,128.60 |
| 12/30/13 | 104 | John F. Pollick | Compensation for John F. Pollick, John F. Pollick, P.C. | 3210-000 | | 18,617.01 | 44,511.59 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.88 | 44,411.71 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.36 | 44,340.35 |
| 02/27/14 | 105 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #12-43158, Bond # 016026455 | 2300-000 | | 38.94 | 44,301.41 |

Subtotals :    $65,715.32    $21,413.91

{} Asset reference(s)    Printed: 06/08/2015 03:34 PM    V.13.23

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-43158-JBS  
**Case Name:** MCNEIL, BRENDA B  

**Taxpayer ID #:** **-***4614  
**Period Ending:** 06/08/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.52 | 44,241.89 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.51 | 44,180.38 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.78 | 44,112.60 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.44 | 44,049.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.24 | 43,987.92 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.60 | 43,918.32 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.06 | 43,857.26 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.28 | 43,789.98 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.08 | 43,724.90 |
| 03/06/15 | 106 | RICHARD J. MASON | Dividend paid 100.00% on $6,535.77, Trustee Compensation; Reference: | 2100-000 | | 6,535.77 | 37,189.13 |
| 03/06/15 | 107 | John F. Pollick | Dividend paid 100.00% on $20,087.01, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 1,470.00 | 35,719.13 |
| 03/06/15 | 108 | Dorota Sniezynski | Dividend paid 20.44% on $10,000.00; Claim# 1; Filed: $10,000.00; Reference: | 7100-000 | | 2,044.52 | 33,674.61 |
| 03/06/15 | 109 | Commerce Bank | Dividend paid 20.44% on $18,401.28; Claim# 2; Filed: $18,401.28; Reference: | 7100-000 | | 3,762.17 | 29,912.44 |
| 03/06/15 | 110 | Discover Bank | Dividend paid 20.44% on $3,417.57; Claim# 3; Filed: $3,417.57; Reference: | 7100-000 | | 698.73 | 29,213.71 |
| 03/06/15 | 111 | PYOD, LLC its successors and assigns as assignee | Dividend paid 20.44% on $20,616.97; Claim# 4; Filed: $20,616.97; Reference: | 7100-000 | | 4,215.17 | 24,998.54 |
| 03/06/15 | 112 | FIA CARD SERVICES, N.A. | Dividend paid 20.44% on $5,548.69; Claim# 5; Filed: $5,548.69; Reference: | 7100-000 | | 1,134.44 | 23,864.10 |
| 03/06/15 | 113 | Illinois Department of Revenue | Dividend paid 20.44% on $3,531.91; Claim# 6; Filed: $3,531.91; Reference: | 7100-000 | | 722.11 | 23,141.99 |
| 03/06/15 | 114 | eCAST Settlement Corporation, assignee | Dividend paid 20.44% on $5,225.59; Claim# 7; Filed: $5,225.59; Reference: | 7100-000 | | 1,068.38 | 22,073.61 |
| 03/06/15 | 115 | eCAST Settlement Corporation, assignee | Dividend paid 20.44% on $16,206.15; Claim# 8; Filed: $16,206.15; Reference: | 7100-000 | | 3,313.37 | 18,760.24 |
| 03/06/15 | 116 | American Express Centurion Bank | Dividend paid 20.44% on $3,919.25; Claim# 9; Filed: $3,919.25; Reference: | 7100-000 | | 801.30 | 17,958.94 |
| 03/06/15 | 117 | PNC BANK | Dividend paid 20.44% on $14,199.14; Claim# 10; Filed: $14,199.14; Reference: | 7100-000 | | 2,903.04 | 15,055.90 |
| 03/06/15 | 118 | eCAST Settlement Corporation, assignee | Dividend paid 20.44% on $10,458.64; Claim# 11; Filed: $10,458.64; Reference: | 7100-000 | | 2,138.29 | 12,917.61 |
| 03/06/15 | 119 | Scariano Himes and Petrarca Chtd | Dividend paid 20.44% on $63,181.70; Claim# 12; Filed: $63,181.70; Reference: | 7100-000 | | 12,917.61 | 0.00 |

Subtotals :  $0.00  $44,301.41

{} Asset reference(s)

Printed: 06/08/2015 03:34 PM  V.13.23

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-43158-JBS  
**Case Name:** MCNEIL, BRENDA B  

**Taxpayer ID #:** **-***4614  
**Period Ending:** 06/08/15  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3366 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 65,715.32 | 65,715.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 65,715.32 | 65,715.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$65,715.32** | **$65,715.32** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3366** | 65,715.32 | 65,715.32 | 0.00 |
| | **$65,715.32** | **$65,715.32** | **$0.00** |

{} Asset reference(s)                    Printed: 06/08/2015 03:34 PM    V.13.23